An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN GESSIN,
Appellant,
vs.
CHRISTINA HO,
Respondent.

No. 63117

**FILED**

MAY 2 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order extending a temporary protection order against domestic violence for one year. Second Judicial District Court, Washoe County; Linda M. Gardner, Judge.

Our review of this appeal reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 678 P.2d 1152 (1984). As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see generally In re Temporary Custody of Five Minor Children*, 105 Nev. 441, 777 P.2d 901 (1989) (stating that no appeal may be taken from a temporary order subject to periodic mandatory review); *Sugarman Iron & Metal Co. v. Morse Bros. Machinery & Supply Co.*, 50 Nev. 191, 255 P. 1010 (1927) (indicating that no appeal may be taken from

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14819

a temporary restraining order). Because we lack jurisdiction to consider this appeal, we dismiss it. And in light of our order, we deny appellant's motion for a stay as moot.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Linda M. Gardner, District Judge
       John Gessin
       Christina Ho
       Washoe District Court Clerk